**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. 1983**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

Michael Berrian    GDC# 1135792

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner)

-vs-

Shelia Oubre

**5 : 13-CV- 163**

(Enter above the full name of the defendant(s)

### I.    Previous Lawsuits

A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )    No (✓)

B.    If answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to the previous lawsuit:

Plaintiff(s): _____ none _____

Defendant(s): _____ none _____

2.    Court (name the District): _____ none _____

3.    Docket Number: _____ none _____

Rev. 12/5/07

**I.** **Previous Lawsuits (Cont'd)**

    4.    Name the Judge to whom case was assigned: _None_

    5.    Did the previous case involve the same facts?

        Yes ( )    No (✓)

    6.    Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):

        _None_

    7.    Approximate date of filing lawsuit: _None_

    8.    Approximate date of disposition: _None_

**II.** **Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted.  Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A.    Place of Present Confinement? _Baldwin State Prison_

    B.    Is there a prisoner grievance procedure in this Institution?    ✓Yes    ___No

    C.    Did you present the facts relating to your complaint under the Institutions grievance procedure?    ✓Yes    ___No

    D.    If your answer is YES:

        1.    What steps did yo take and what were the results?

        I filed a Grievance but it was denied dued to me filling out of time. I File a Grievance 10-31-12 The incident happen 10-16-12; wasn't in condition to use my eyes or could i get a Grievance while on medical floor.

        2.    If your answer is NO, explain why not:

**III.** **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.  Name of Plaintiff: Michael Berrian

Address(es): P.O Box 218     Hardwick GA 31034

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Do the same for each additional defendant, if any.)

B.  Defendant: Shelia Oubre

Employed as: Warden

at: Baldwin State Prison

**IV.** **Statement of Claim**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.  **Do not give any legal arguments or cite any cases or statutes**.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 10-16-12 at Baldwin State Prison in dorm M-3 at 8:00 pm i was attacked by several inmates in Dorm M-3. I was tied up, Blind Folded so i couldn't see who my attackers were and i was Gaged with a sock put down my Throat so i couldn't scream for help and i was Threaten if i did Tried to scream for help They would kill me. After i was Tied up and Blind Folded and Gaged, They started The assault I was beaten and drag around The dorm Floor and kicked on for almost an whole hour or longer. The Floor officer wasn't no where to be found, no officer came in dorm M-3 to do any checks because if They did then They would have found me Tied up and beaten up, The officers are required to make a 30 minute check walk in on all dorms to make sure stuff like This ain't going on but They failed to do so... I suffered a Broken nose and a Fractier right eye & sockit dued to the assault i receaved by The inmates in dorm M-3... After The inmates got threw beaten me They untied me and Threaten To kill me if i said any thang at 9:00 pm offical count, They had to un-Tie me because it was count Time so when the

**IV.    Statement of Claim (Cont'd)**

Floor officers came in M-3 To court they bring LT Tommie Edwards in M-3 To count with them... LT Edwards did his rounds and saw my face and Thats when he Told me To come with him So i got up off The bunk where i was sitting and followed him out and he Took me up To medical So i could be seen by The nurses and they refered me To be seen at ocone regional medical center and thats where it was found out that i had a broken nose and a Fractier right eye sockit So i was seen by Doctor Afolabi Brown in macon GA and he schedule me To have Surgery done on 10-25-12 by him and i Just had another plastic Surgery done by Dr Brown on 2-28-13 dued To The mistakes he made on me when he did my 1st Surgery on 10-25-12 ...I arived To Baldwin S.P on 10-1-12 For an mental health ~~Restoration~~ Evaluation From Hancock S.P So on 10-16-12 i was release From Seg area by The unit Manager Mr. Smith, I was listed as a sleeper from Hancock S.P on 10-16-12 So i wasnt Suppost To be in Baldwin S.P inmate Population, Thats a mistake made by staff here...

**V.    Relief**

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I want Justice where its dued at because I'm still suffering from This attack That Took place on 10-16-12 and from The Surgery's ive had dune on me on 10-25-12 and 2-28-13... my eye or nose hasnt Been the same Since This incident So all i seek is Justice..

**V.    Relief (Cont'd)**

Signed this _May_ day of _1st_ , 20 _13_ .

_Michael Berrian_
(Signature of Plaintiff)

**STATE OF** _Georgia_

**COUNTY (CITY) OF** _Hardwick_

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _5-1-13_
(Date)

_Michael Berrian_
Signature of Plaintiff